UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 08-304 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| SAETERN LO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:    Possession of Crack Cocaine with Intent to Distribute;
21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(iii), and 18 U.S.C. § 922(g)(1)

<u>Date of Detention Hearing</u>:

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)    Although defendant is only 23 years of age, he has a significant record of serious

criminal offenses. This includes juvenile adjudications of robbery (1st and 2nd degree), possession of stolen property (2nd degree), and theft (3rd degree). His adult record includes five convictions for controlled substance offenses, and obstruction of a law enforcement officer.

(2) At the time of his arrest in this case, he possessed a loaded .38 caliber revolver, which had been reported stolen. He also possessed crack cocaine.

(3) Defendant acknowledged he is a member of the "Young Oriental Troop," which is a subset of the Crips gang.

(4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to

DETENTION ORDER 15.13
18 U.S.C. § 3142(i) Rev. 1/91
PAGE 2

01      counsel for the defendant, to the United States Marshal, and to the United States

02      Pretrial Services Officer.

03   DATED this 11th day of July, 2008.

04

05   _____
      John L. Weinberg
06    United States Magistrate Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER                                              15.13
18 U.S.C. § 3142(i)                                       Rev. 1/91
PAGE 3